**KAZEROUNI LAW GROUP, APC**
Gor Antonyan, Esq. (354718)
gor@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin (253265)
david@kazlg.com
301 E. Bethany Home Road, Suite C-195
Phoenix, Arizona 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Cameron Smith

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>E MORTGAGE CAPITAL, INC.,<br><br>Defendant. | **Case No.**: 2:25-cv-02532-MWC-MAR<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO STAY** |

- 1 -

NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO STAY

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff Cameron Smith and Defendant E Mortgage Capital, Inc. (collectively, "Parties") has been resolved as a result of settlement reached between the Parties. The Parties anticipate filing a Joint Stipulation to Dismiss the Defendant with prejudice within ninety (90) days.

Plaintiff respectfully requests that the Court vacate all pending dates and deadlines in this matter.

Dated: July 17, 2026                    Respectfully submitted,

                                        **KAZEROUNI LAW GROUP, APC**

                                        By: *Gor Antonyan*
                                        Gor Antonyan, Esq.
                                        gor@kazlg.com
                                        *Attorneys for Plaintiff*

NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO STAY